CHRIS DAVIS, ESQ.
Nevada Bar No. 6616
Associate General Counsel
SLS Las Vegas
chris.davis@saharalasvegas.com
2535 Las Vegas Boulevard South
Las Vegas, Nevada 89109
Telephone: 702-761-7711
Facsimile: +702-761-3400
*Attorneys for Defendants*
*SB Gaming, LLC and*
*Las Vegas Resort Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL NANNIS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SB GAMING, LLC, a foreign limited liability company; LAS VEGAS RESORT HOLDINGS, LLC dba SLS Las Vegas, a foreign limited liability company; and DOES I-XX,<br><br>                    Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446, Defendants SB GAMING, LLC, a foreign limited liability company; LAS VEGAS RESORT HOLDINGS, LLC (collectively, "Defendants") hereby give notice of removal of Case No. A-18-779248-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada.

IN SUPPORT THEREOF, Defendants state as follows:

1.      On August 10, 2018, Plaintiff MICHAEL NANNIS commenced this action against Defendant SB GAMING, LLC in the Eighth Judicial District Court of the State of Nevada In And For Clark County, by filing a Complaint an Jury Demand ("the Complaint"), Case No. A-18-779248-C. The Complaint alleged claims for: (1) False Imprisonment; (2) Assault and Battery; (3) Defamation, and (4) Negligence.

2. On August 21, 2018, Plaintiff served Defendant with a copy of the Summons and Complaint, which is attached hereto as Exhibit 1.

3. On September 25, 2018, Plaintiff filed his First Amended Complaint and Jury Demand ("Amended Complaint, attached as Exhibit 2), which added Defendant Las Vegas Resort Holdings, LLC as a party and added a fifth cause of action for Intentional Infliction of Emotional Distress.

4. On November 20, 2018, Defendants filed their Answer to First Amended Complaint attached as Exhibit 3.

5. On October 29, 2019, the court filed its scheduling order, attached as Exhibit 4.

5. On January 18, 2018, Plaintiff filed a motion to compel disclosure of video evidence, attached as Exhibit 5.

6. On February 7, 2019, Defendants filed an opposition to motion to compel and countermotion for a protective order, attached as Exhibit 6.

7. The parties withdrew their respective motion to compel and countermotion, and on March 7, 2019, the court granted the parties' stipulated confidentiality agreement, attached as Exhibit 7.

8. On July 23, 2019, Plaintiff filed a motion for leave to file an amended complaint, attached as Exhibit 8.

9. On July 24, 2019, the court filed a notice of hearing on the motion to amend, attached as Exhibit 9.

11. On August 12, 2019, Plaintiff filed a motion for partial summary judgment on liability of Defendants for false imprisonment and battery, attached as Exhibit 10, and a motion to seal the filing of certain documents, attached as Exhibit 11.

12. On August 13, 2019, the court granted the parties' stipulation to modify the scheduling order, attached as Exhibit 12, and Defendants filed a notice of non-opposition to the motion to amend, attached as Exhibit 13.

13. On August 14, 2019, the court issued a notice of hearing on the motion to seal, attached as Exhibit 14.

14. On August 22, 2019, Defendants filed their opposition to plaintiff's motion for partial summary judgment, attached as Exhibit 15.

15. On September 9, 2019, the court granted Plaintiff's motion to amend, attached as Exhibit 16.

15. On September 10, 2019, Plaintiff filed his reply in support of his partial motion for summary judgment, attached as Exhibit 17.

16. On September 18, 2019, the court granted plaintiff's motion to seal, attached as Exhibit 18.

17. On October 8, 2019, Plaintiff filed his Second Amended Complaint and Jury demand ("Second Amended Complaint, attached as Exhibit 19). The Second Amended Complaint added Stan Williams, Larry Gilbert, Sori Muleta and Robert Van Der Hartt as Defendants. The Second Amended Complaint no longer asserted a claim for Intentional Infliction of Emotional Distress, but added a fourth cause of action for negligence and a fifth cause of action under 42 U.S.C. §1983, for violation of Plaintiff's constitutional rights.

20. This action is properly removed to federal court under federal question jurisdiction pursuant to 28 U.S.C. §1331.

21. This court has supplemental jurisdiction over Plaintiff's state law claims as those claims share a common nucleus of operative fact with the federal claim. 28 U.S.C. § 1367(a).

22. This action is also properly removed to federal court under diversity jurisdiction pursuant to 28 U.S.C. §1332.

23. Plaintiff Michael Nannis is a citizen of New Hampshire. Defendant SB Gaming, LLC, is Nevada Limited Liability Company with its principal place of business in Nevada. Defendant Las Vegas Resort Holdings, LLC is a Delaware limited liability company with its principal place of business in Nevada. Defendants Stan Williams, Larry Gilbert, Sori Muleta and Robert Van Der Hartt are each residents of Nevada.

24. On October 8, 2019, Plaintiff issued an offer of judgment in the amount of $99,998.98, attached as Exhibit 20, which is the first instance that Plaintiff has affirmed in writing that Plaintiff is seeking an amount in controversy is in excess of $75,000.00.

25. Venue is proper in this Court as this is the Court for the district and division embracing the place where the action is pending in state court. 28 U.S.C. § 1441(a).

26. This Notice of Removal is filed within thirty (30) days after Defendants first filed his Second Amended Complaint, which for the first time alleged a federal cause of action under 42 U.S.C. § 1983, and within thirty (30) days after Defendants served his offer of judgment which is first instance that Plaintiff has affirmed in writing that Plaintiff is seeking an amount in controversy is in excess of $75,000.00.

27. Based on the foregoing, Defendants SB Gamming and Las Vegas Resort Holdings remove the above action now pending in the Eight Judicial District, in and for Clark County, as Case No. A-18-779248-C to this Court. A true and correct copy of Defendants' Notice to State Court of Removal of Civil Action to Federal Court, without exhibits, is attached hereto and incorporated herein as Exhibit 21.

Dated this 25th day of October 2019.

**CHRIS DAVIS, ESQ.**

By: */s/ Chris Davis* _
CHRIS DAVIS, ESQ.
Nevada Bar No. 6616
Associate General Counsel
Attorney for Defendants
SB Gaming, LLC & Las Vegas Resort Holdings, LLC.

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that, on the 25th day of October 2019, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served upon the following person via the State of Nevada, Eighth Judicial Court's Electronic Filing system:

        Robert A. Nersesian, Esq.
        Nersesian & Sankiewicz
        528 South Eighth Street
        Las Vegas, Nevada 89101
        Email: vegaslegal@aol.com
        Attorney for Plaintiff

                                         */s/ Chris Davis*, Esq._____