Robert A. Nersesian
Nevada Bar No: 2762
**NERSESIAN & SANKIEWICZ**
528 South Eighth
Las Vegas, Nevada 89101
Phone: (702) 385-5454
Fax: (702) 385-7667
Email: vegaslegal@aol.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michael Nannis, | ) |
| | ) Case No.: 2:19-cv-01894-JAD-NJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SB Gaming, LLC, and Las Vegas Resort Holdings, LLC, each d/b/a SLS Las Vegas, Stan Williams, Larry Gilbert, Sori Muleta, Robert Van Der Hartt, and Does I-XVI, | ) |
| | ) **ACCEPTANCE OF SERVICE** |
| | ) |
| Defendants. | ) |

Attached hereto is an email from Chris Davis, Esq., accepting service on behalf of all Defendants.

DATED this 14th day of November, 2019.

                             **NERSESIAN & SANKIEWICZ**

                             */s/ Robert A. Nersesian*
                             Robert A. Nersesian
                             Nevada Bar No: 2762
                             528 South Eighth Street
                             Las Vegas, Nevada 89101
                             Phone: 702-385-5454
                             Fax: 702-385-7667
                             Email: vegaslegal@aol.com
                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an employee of Nersesian & Sankiewicz, hereby certifies that on the 14th day of November, 2019, a copy of the foregoing Acceptance of Service was served via this Court's electronic filing and service systems to the following parties on the current service list:

CHRIS DAVIS, ESQ.
Nevada Bar No. 6616
Associate General Counsel
SLS Las Vegas
chris.davis@saharalasvegas.com
2535 Las Vegas Boulevard South
Las Vegas, Nevada 89109
Telephone: 702-761-7711
Facsimile: +702-761-3400
*Attorneys for Defendants*
*SB Gaming, LLC and*
*Las Vegas Resort Holdings, LLC*

/s/ Rachel Stein
An employee of Nersesian & Sankiewicz

**From:** Chris Davis <Chris.Davis@saharalasvegas.com>
**To:** Robert Nersesian/Thea Sankiewicz <vegaslegal@aol.com>
**Subject:** Nannis v. LVRH - Acceptance of Service
**Date:** Thu, Nov 14, 2019 11:25 am

Bob,

This email confirms my telephone conversation with you today. I am now representing all defendants in the above matter. As of today, I hereby accept service of the summons and complaint on behalf of all individual defendants. You agreed to extend the time for SB Gamming and Las Vegas Resort Holdings to respond to the second amended complaint so that all defendants may respond in one complaint. I agreed to provide a draft copy of our joint status report by this Monday.

Chris



**Chris Davis**
Assoc General Counsel
o: 702.761.7711
Chris.Davis@saharalasvegas.com
saharalasvegas.com

**FOR THE LOVE OF VEGAS**
  



THIS MESSAGE MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL AND PRIVILEGED. Any forwarding, disclosure, dissemination, distribution, or copying of this communication to any other person is strictly prohibited without the express consent of the sender. Unless you are the addressee or are authorized to accept this message for the addressee, you may not use this message or any part of the message for any purpose. If you have received this message in error, please notify the sender by return e-mail and delete the message. Thank you.