CHRIS DAVIS, ESQ.
Nevada Bar No. 6616
Associate General Counsel
SLS Las Vegas
chris.davis@saharalasvegas.com
2535 Las Vegas Boulevard South
Las Vegas, Nevada 89109
Telephone:  702-761-7711
Facsimile:   +702-761-3400
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL NANNIS,<br><br>  Plaintiff,<br><br>vs.<br><br>SB GAMING, LLC, a foreign limited liability company; LAS VEGAS RESORT HOLDINGS, LLC dba SLS Las Vegas, a foreign limited liability company; and DOES I-XX,<br><br>  Defendants. | Case No.:   2:19−cv−01894−JAD−NJK<br><br>**JOINT STATUS REPORT** |

Pursuant to the Minutes of the Court dated October 25, 2019 ("Minute Order"), Plaintiff Michael Nannis and Defendants SB Gaming, LLC, Las Vegas Resort Holdings, Stan Williams, Larry Gilbert, Sori Muleta and Robert Van Der Hartt as Defendants, by and through their respective counsels of record, hereby submits their joint status report as follows:

1.   On August 10, 2018, Plaintiff MICHAEL NANNIS commenced this action against Defendant SB GAMING, LLC ("SB Gaming") in the Eighth Judicial District Court of the State of Nevada in and for Clark County, by filing a Complaint and Jury Demand ("the Complaint," attached to the Notice of Removal as Exhibit 1 ("Removal Ex." 1), Case No. A-18-779248-C.  The Complaint alleged state law claims for: (1) False Imprisonment; (2) Assault and Battery; (3) Defamation, and (4) Negligence.

2. On September 25, 2018, Plaintiff filed his First Amended Complaint and Jury Demand ("Amended Complaint, Removal Ex. 2), which added Defendant Las Vegas Resort Holdings, LLC ("LVRH") as a party and added a fifth cause of action for Intentional Infliction of Emotional Distress.

3. On November 20, 2018, Defendants filed their Answer to First Amended Complaint. *See* Removal Ex 3.

4 On March 7, 2019, the court granted the parties' stipulated confidentiality agreement. Removal Ex. 7.

5. On August 12, 2019, Plaintiff filed a motion for partial summary judgment on liability of Defendants for false imprisonment and battery. *See* Removal Ex. 10. After the motion was fully briefed (Removal Exs. 10, 15, 17), a hearing was held on the motion, and the court declined to rule on the motion, but instead order the parties to schedule a settlement conference with the settlement judge. The settlement conference had not yet been scheduled when this action was removed. Pursuant to this Court's Minute Order, Plaintiff's motion for summary judgment was automatically denied without prejudice upon removal, but may be refiled in this Court.

6. On September 9, 2019, the court granted Plaintiff's motion to amend his complaint, and on October 8, 2019, Plaintiff filed his Second Amended Complaint and Jury demand ("Second Amended Complaint, Removal Ex. 19). The Second Amended Complaint added Stan Williams, Larry Gilbert, Sori Muleta and Robert Van Der Hartt as Defendants (collectively "Individual Defendants"). The Second Amended Complaint no longer asserts a claim for Intentional Infliction of Emotional Distress, but added a fourth cause of action for negligence and a fifth cause of action under 42 U.S.C. §1983, for violation of Plaintiff's constitutional rights.

7. On October 25, 2019, Defendants removed this action to this Court under federal question jurisdiction pursuant to 28 U.S.C. §1331.

8. On November 14, 2019, counsel for Defendants accepted service of the summons and Second Amended Complaint on behalf of the Individual Defendants. Counsel for Plaintiff agreed to extend the time for SB Gaming and LVRH to respond to the Second Amended Complaint so that all Defendants could respond simultaneously. Defendants' response to Plaintiff's Second Amended Complaint is therefore due on December 5, 2019.

9. Individual Defendants have agreed to join in the removal of this action to this Court.

10. Pursuant to Fed. R. Civ. P. 16(b) and 26(f), the parties conducted a joint discovery conference on Friday, November 22, 2019, and must file a discovery plan by Friday, December 6, 2019.

11. The action required to be taken by this Court is to enter a Scheduling Order by Tuesday, December 24, 2019, (sixty (60) days after any defendant has appeared), pursuant to Fed. R. Civ. P. 16(b).

DATED this 25th day of November 2019.

| NERSESIAN & SANKIEWICZ | CHRIS DAVIS, ESQ. |
|---|---|
| By: _/s/Robert A. Nersesian_____ <br> Robert A. Nersesian, Esq. <br> Nevada Bar No. 2762 <br> 528 S. Eighth Street <br> Las Vegas, Nevada 89101 <br> Attorney for Plaintiff | By: _/s/Chris Davis_____ <br> Chris Davis, Esq. <br> Nevada Bar No. 6616 <br> 2535 Las Vegas Blvd S <br> Las Vegas, NV 89109 <br> Attorney for Defendants |