# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL NANNIS,

    Plaintiff(s),

v.

SB GAMING LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-01894-JAD-NJK

**ORDER**

(Docket No. 18)

Pending before the Court is Defendants' motion for leave to file documents under seal. Docket No. 18. Despite Defendants' filing of the relevant videos and documents, the request remains unripe. *Cf.* Local Rule IA 10-5. Thus, the Court will deny the motion.

The standard under which to determine whether sealing evidence is warranted depends on what the underlying substantive motion (to which the evidence relates) is. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179–1186 (9th Cir. 2006). Defendants have not yet filed any substantive motion to which the videos and documents relate. Thus, the Court cannot determine which standard to apply in assessing whether the relevant videos and documents warrant sealing. Until the underlying substantive motion is filed, a request for leave to file documents under seal remains unripe.

Accordingly, Defendants' motion for leave to file documents under seal is **DENIED**. Docket No. 18. Further, the Court **STRIKES** Docket No. 19.

IT IS SO ORDERED.

Dated: March 31, 2020

                                                   Nancy J. Koppe
                                                   United States Magistrate Judge