# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL NANNIS, | Case No.: 2:19-cv-01894-JAD-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| SB GAMING LLC, et al., | (Docket No. 21) |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to modify the scheduling order. Docket No. 21. For good cause shown, and due to the emergency created by the pandemic, the Court **GRANTS** the parties' stipulation. *Id.* The Court **SETS** the following deadlines:

- Amend pleadings/add parties: September 3, 2020
- Initial experts: October 2, 2020
- Interim status report: October 2, 2020
- Rebuttal experts: November 2, 2020
- Discovery cutoff: December 2, 2020
- Dispositive motions: December 31, 2020
- Joint Proposed Pretrial Order: January 29, 2021[1]

IT IS SO ORDERED.

Dated: April 6, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] If dispositive motions are filed, this date will be suspended until 30 days after the dispositive motions are decided or further Court order.