# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL NANNIS,<br><br>    Plaintiff,<br><br>v.<br><br>SB GAMING, LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01894-JAD-NJK<br><br>**ORDER** |

The undersigned presided over a settlement conference in this case on August 17, 2021. The Court declines to take formal action related thereto, but hereby puts the parties and counsel on notice of the following.

Although a settlement conference is in some ways informal in nature, the Court expects that appropriate decorum is observed. Absent circumstances not present here, participants should not appear for a settlement conference from an automobile. Nor should a participant appear for a settlement conference in casual attire and a baseball cap. Further, the Court expects parties to treat the video conference meeting as they would treat being physically present in the courtroom. Electronic smoking would not be permitted in open court and is not permitted in a video settlement conference. The Court expects more appropriate behavior in the future.

IT IS SO ORDERED.

Dated: August 17, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1