ANN O. HALL, ESQ.
Nevada Bar No. 5447
ABRAN VIGIL
Nevada Bar No. 7548
2535 Las Vegas Boulevard South
Las Vegas, Nevada 89109
Telephone:  702-761-7711
ann.hall@meruelogroup.com
abran.vigil@meruelogroup.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL NANNIS<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SB GAMING, LLC, a foreign limited liability company; LAS VEGAS RESORT HOLDINGS, LLC dba SLS Las Vegas, a foreign limited liability company; and DOES I-XX,<br><br>                    Defendants, | Case No.: 2:19−cv−01894−JAD−NJK<br><br>STIPULATION AND ORDER ENLARGING TIME TO RESPOND TO RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT<br>(First Request) |

   The parties, though their counsel, hereby stipulate that the Defendants may have up to and including through September 22, 2021 within which to respond to or oppose the Plaintiff's Renewed Motion for Partial Summary Judgment (ECF No. 39). Plaintiff's Motion was filed and served on August 27, 2021, which triggered a response date of September 17, 2021. Due to defense counsel having to make several sets of document productions in other matters in parallel, Plaintiff's counsel has agreed to this extension of time as a professional accommodation.

   In compliance with LR IA 6-1, the parties state this is the first request for an enlargement of time to respond to plaintiff's Motion. The defendants do not anticipate having to request further enlargements of time.

[signatures on next page]

-1-

1  IT IS SO STIPULATED:

3  NERSESIAN & SANKIEWICZ

4  By: /s/ Robert Nersesian            By: /s/ Abran Vigil
    Robert A. Nersesian                Ann O. Hall
5  Nevada Bar No. 2762                Nevada Bar No. 5447
    Thea Marie Sankiewicz              Abran Vigil
6  Nevada Bar No. 2788                Nevada Bar No. 7548
    528 South Eighth                  2535 Las Vegas Boulevard South
7  Las Vegas, NV 89101                Las Vegas, Nevada 89109
    *Attorneys for Plaintiff*          *Attorneys for Defendants*

9  Dated September 17, 2021           Dated September 17, 2021

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 30, 2021,
   *Nunc pro tunc to September 17, 2021*