ANN O. HALL, ESQ. (SBN 5447)
2500 EAST SECOND STREET
RENO, NV 89595
TEL: (775) 789-5313 | FAX: (775) 789-1113
EML: ANN.HALL@MERUELOGROUP.COM
ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL NANNIS,<br><br>                                Plaintiff,<br>vs.<br><br>SB GAMING, LLC, a foreign limited liability company; LAS VEGAS RESORT HOLDINGS, LLC dba SLS Las Vegas, a foreign limited liability company; and DOES I-XX,<br><br>                                Defendants. | Case No.:   2:19−cv−01894−JAD−NJK<br><br>**Stipulation and Order Extending Deadline to file Proposed Joint Pretrial Order**<br><br><br>(FIRST REQUEST) |

　　　Pursuant to Local Rule 6-1, Plaintiffs and Defendants by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Joint Pretrial Order.  This Order is currently due on February 28, 2022.  The parties have agreed to extend this time by thirty days; thus the new response deadline March 30, 2022.  This is the first request for extension of time as regarding this joint pretrial order.    This request for a thirty-day extension of time is made in good faith and is not intended to delay the final determination of this matter.

### ORDER

**IT IS SO ORDERED.  The deadline for filing the Proposed Joint Pretrial Order is extended to March 30, 2022.**

_____
U.S. DISTRICT COURT JUDGE
February 24, 2022

IT IS SO AGREED AND STIPULATED, this ___ day of February, 2022:

APPROVED AS TO FORM AND
CONTENT:

| */s/ Robert A. Nersesian* | */s/ Ann O. Hall* |
|---|---|

Robert A. Nersesian  
Nevada Bar No. 2762  
Thea Marie Sankiewicz  
Nevada Bar No. 2788  
Nersesian & Sankiewicz  
528 S. Eight St.  
Las Vegas, NV 89101  
Tel: (702) 385-5454  
Email: vegaslegal@aol.com  
 *Attorneys for Plaintiff*

Ann O. Hall, Esq. (SBN 5447)  
2500 East Second Street  
Reno, NV 89595  
TEL: (775) 789-5313  
FAX: (775) 789-1113  
EML: ann.hall@meruelogroup.com  
 *Attorneys for Defendants*