UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL NANNIS,

    Plaintiff,

vs.

SB GAMING, LLC, *et al*

    Defendants.

Case No: 2:19-cv-01894-JAD-NJK

ECF No. 60

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

### STIPULATION

NOW COME the parties hereto, and herewith stipulate that the within action be dismissed with prejudice, each party to bear their own costs and attorney's fees. This matter is currently set for trial on January 10, 2023.

Dated this 1st day of September, 2022

Nersesian & Sankiewicz

_____
Robert A. Nersesian
Nevada Bar No. 2762
528 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702-385-5454
*Attorneys for Plaintiff*

Cisneros & Marais

_____
Janet C. Pancoast
Nevada Bar # 5090
6671 Las Vegas Blvd, Bldg. D, Ste. 215
Las Vegas, NV 89119
Telephone: 702-233-9660
*An attorney for Defendants*

### ORDER

Based on the parties' stipulation [ECF No. 60] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to VACATE the calendar call and trial date and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 15, 2022